# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SANDRA FRELICH

NO.  2020 CW 0154

VERSUS

UV LOGISTICS, LLC D/B/A
UNITED VISION LOGISTICS

**MAR 1 3 2020**

---

In Re:    Sandra Frelich, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 178870.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED IN PART AND DENIED IN PART.** This writ application is not considered because it is untimely as to the trial court's December 19, 2019 judgment, which granted the Motion for Partial Summary Judgment to Limit Damages to $8,356.25 and the Motion for Partial Summary Judgment to Dismiss Plaintiff's Claims for Wrongful Employment Classification, Wrongful Termination, Unjust Enrichment, and Conversion filed by UV Logistics, LLC d/b/a United Vision Logistics.  Sandra Frelich filed a Notice of Intent to Apply for Supervisory and Remedial Writs on January 27, 2020, more than thirty days after issuance of the December 20, 2019 notice of judgment. See Uniform Rules, Louisiana Courts of Appeal, Rules 4-2 & 4-3; La. Code Civ. P. art. 1914.

This writ application is denied as to the trial court's January 7, 2020 judgment, which denied the Motion and Order for Devolutive Appeal filed by the relator, Sandra Frelich.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT